Milton Veran Williams #349375 (ODOC)
Jim E. Hamilton Correctional Center
Unit #1B - Cell #36A - Box #395
S3468 Mineral Springs Road
Hodgen, Okla. 74939

55,687-06

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk

"JUDICIAL NOTICE"

RE: March 16, 2015 Motion for Nunc Pro Tunc under Case No. F9573890-NI, (State of Texas v. Milton Veran Williams) in the Dallas County District Court No. 5 that was mailed on March 16, 2015 through U.S. Postal Service, prepaid postage and logged by facility mailroom.

MS. SHARON KELLER (PRESIDING JUDGE)

I mailed the above stated pleading to the above stated district court on the above stated date. This said pleading has nothing to do with WR-55,687-05 nor W9573890-(A), but rather was a formal filed request for said district court to correct a (15) fifteen year old clerical mistake in the judgment of the above stated cause where the former said district court clerk (Jim Hamlin) incorrectly recited the guilty plea hearing date (07/24/95) as the date sentence was imposed, when to the contrary during said hearing the Honorable Judge Manny Alverza 'suspended' the imposition of sentencing. The hearing transcripts under said above style cause corroborate said premise.

The said district court clerk (Fitzsimmons) refuses to file and return me a stamped file copy even when I've enclosed pre-self address stamped envelopes. This constitutions denial of access to court. Will you please intervene? Judge Scala Byers was my trail court attorney in 1995.

Sincerely, Milt V. Wi

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

MILTON VERAN WILLIAMS,                )
                                      )
        Petitioner,                   )
                                      )
V.                                    )     Case No.
                                      )     Dist. Court No. F9573890-NL;
DALLAS COUNTY DISTRICT                )     (State of Texas v. Milton Veran
COURT NO. 5; COURT CLERK              )     Williams).
(FITZSIMMONS), et al.,                )
                                      )
        Respondant(s).                )

WRIT OF MANDAMUS
FOR DALLAS COUNTY DISTRICT COURT NO. 5's
COURT CLERK'S REFUSAL TO FILE AND/OR RESPOND
TO PETITIONER'S MOTION FOR NUNC PRO TUNC
TO CORRECT CLERICAL ERROR IN JUDGMENT
(MAILED ON MARCH 16, 2015)

   COMES NOW, Petitioner (Milton V. Williams) (pro se), files the
foregoing above stated pleading for violations of petitioner's
constitutional right to access to court by the respondants
for refusal to file and/or address a clerical error in the
above stated judgment that incorrectly stated the date that
sentence was imposed was on (07/24/95), contradicting the
sentencing transcripts on 07/24/95 where Judge Manny Alverza
'suspended the imposition of sentencing' in the best interest
of justice. (See above style cause Guilty Plea Hearing Transcripts
at Volume 339 on Page 123 (07/24/95).
   Wherefore, premises consider, Petitioner presents a prima
facie case in record that the above stated judgment is incorrect.

                          Respectfully Submitted,
                          /s/ Milton V. Will #399375 (000C
                          Milton Veran Williams #399375
                          Jim E. Hamilton Correctional Center
                          53468 Mineral Springs Road
                          Hodgen, Okla. 74939

## CERTIFICATE OF MAILING

I, hereby certify, that a true and corrected copy of foregoing Writ of Mandamus to enforce the filing of Petitioner's March 16, 2015 mailed Motion for Nunc Pro Tunc under <u>Case No. F9573890-NL</u>, (State of Texas v. Milton Veran Williams) out-of-Dallas County District Court No. 5, through pre-paid postage, on the 24th day of April, 2015 to the Presiding Judge Sharon Keller of the Court of Criminal Appeals for the State of Texas to take full jurisdiction and judicial notice that this pleading has nothing to do with past filed Cases WR-55; 687-05 nor W9573890-(A), but rather a claim raised to a clerical error in the judgment that has been overlooked causing collateral damage.

COURT OF CRIMINAL APPEALS
STATE OF TEXAS
ATTN: PRESIDING JUDGE (SHARON KELLER)
P. O. BOX 12308
CAPITOL STATION
AUSTIN, TX    78711

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Milton V. Williams #399375 (ODOC)
(Affiant)